

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESERIE ENEDINA GARCIA,<br><br>Defendant. | Case No. CR 20-0073-VAP<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

I.

On August 24, 2021, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 4, 2021. Deputy Federal Public Defender, Georgina Wakefield was appointed to represent Defendant.

//
//
//

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition include defendant's use of methamphetamine, failure to participate in a residential substance abuse treatment and association with a person convicted of a felony without permission from the Probation Officer.

    ☒ Defendant has not provided any bail resources

    ☒ Defendant has prior arrests for failures to appear and probation violations.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition (see above)

    ☒ history of substance abuse

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 24, 2021

                                                        /s/
                                          ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE