FILED
CLERK, U.S. DISTRICT COURT
Dec. 16, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESERIE ENEDINA GARCIA,<br><br>Defendant. | Case No. 2:20-CR-00073-RGK<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

  On December 16, 2024, Defendant Deserie Enedina Garcia made their initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 22, 2022. Defendant submitted on the detention recommendation in the Pretrial Services Report.

  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried their burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ history of supervised release revocation, continuous noncompliance, and multiple identifiers and name variations.

B. ☒ Defendant has not carried their burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Recent felony and misdemeanor convictions, as well as the factors cited above.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 16, 2024

PATRICIA DONAHUE
―――――――――――――――――
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE